AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

DAVID GOLD, on behalf of himself and all others
similarly situated,

V.

AFNI, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

SEP 1 7 2007

07 CIV 8121

JUDGE JONES

TO: (Name and address of Defendant)

AFNI, INC.
404 Brock Drive
Bloomington, Illinois 61701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID J. GOLD, P.C.
116 JOHN STREET, SUITE 3110
NEW YORK, NEW YORK 10038

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

SEP 1 7 2007

CLERK

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------X

DAVID GOLD, on behalf of
himself and all others
similarly situated,

                   Plaintiff,

     -against-

AFNI, INC.,

               Defendant.

--------------------------------X

DJGPC FILE
NO.: 1104124

Case No.

07 CIV 8121

JUDGE JONES

SEP 17 2007

VERIFIED
COMPLAINT U.S.D.N.Y.
CASHIERS

## PRELIMINARY STATEMENT

    **FIRST**:       Plaintiff, DAVID GOLD, brings this action on his own behalf, and on behalf of others similarly situated, for damages and declaratory and injunctive relief arising from the defendant's violation of § 1692, et. seq. of Title 15 of the United States Code, The Fair Debt Collection Practices Act ("FDCPA"), which prohibits debt collectors from engaging in any false, deceptive, or misleading representation or means in connection with the collection of any debt.

### *PARTIES*

**SECOND**:        Plaintiff is a citizen of the United States of America who resides within the City, County and State of New York.

**THIRD**:        Defendant, upon information and belief, was and still is a foreign corporation duly organized and existing under and by virtue of the laws of the State of Illinois, and upon information and belief, is authorized to conduct business in the State of New York.  Defendant's principal place of business is located at 404 Brock Drive, Bloomington, Illinois  61701.  Upon information and belief, the principal purpose of defendant is the collection of debts using mail, and the defendant regularly attempts to collect debts alleged to be due to another.  Defendant's City of New York, Department of Consumer Affairs collection agency license number is 1072175.

2

### *JURISDICTION and VENUE*

**FOURTH**:        This   Court   has   Federal   question   and diversity   jurisdiction   over   this   action   pursuant   to 28   U.S.C.   §   1331.    This   is   an   action   for   violation   of 15 U.S.C. § 1692.

**FIFTH**:        Venue   is   proper   in   this   district pursuant under 28 U.S.C. § 1391(b)(2).

### *CLASS ACTION ALLEGATIONS*

**SIXTH**:        Plaintiff   brings   this   action   as   a nationwide class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure ("FRCP"), on behalf of himself and all   consumers   similarly   situated   who   received   any   debt collection notices and/or letters from defendant which are in violation of the FDCPA, as of the date of defendant's communications,    and    their    successors-in-interest    (the "Class").  Excluded from the Class is the defendant herein, any  person,  firm,  trust,  corporation,  or  other  entity related to or affiliated with defendant, including, without limitations, persons who are officers, directors, employees or associates of AFNI, INC.

3

SEVENTH:    This action is properly maintained as a class action. This class satisfies all requirements of Rule 23 for maintaining a class action.

EIGHTH:    The Class is so numerous that joinder of members is impracticable.. Upon information and belief, thousands of persons have received debt collection notices from defendant which violates various provisions of the FDCPA.

NINTH:    There are questions of law and fact which are common to the Class and which predominate over questions affecting any individual Class member. These common questions of law and fact include, without limitation:

a.    whether defendant violated various provisions of the FDCPA, including by not limited to 15 U.S.C. § 1692e(2)(A) and 1692e(10);

b.    whether plaintiff and the Class have been injured by defendant's conduct;

c.    whether plaintiff and the Class have sustained damages and are entitled to restitution as a result of defendant's wrongdoing and, if so, what is the proper measure and appropriate statutory formula to be applied in determining such damages and restitution; and

d.    whether plaintiff and the Class are entitled to declaratory and/or injunctive relief.

TENTH:    Plaintiff's claims are typical of the claims of the Class, and plaintiff has no interests adverse or antagonistic to the interests of other members of the Class.

ELEVENTH:    Plaintiff will fairly and adequately protect the interests of the Class and have retained experienced counsel, competent in the prosecution of class action litigation.

TWELFTH:    A class action is superior to other methods for the fair and efficient adjudication of the claims herein asserted.    Plaintiff anticipates that no unusual difficulties are likely to be encountered in the management of this class action.

**THIRTEENTH:**    A   class   action   will   permit   a   large number  of  similarly  situated  persons  to  prosecute  their common    claims    in    a    single    forum    simultaneously, efficiently,  and  without  the  duplication  of  effort  and expense that  numerous  individual  actions  would  encounter. Class treatment also will permit adjudication of relatively small claims by many Class members who could not otherwise afford  to  seek  legal  redress  for  the  wrongs  complained herein.   Absent  a  class  action,  the  Class  members  will continue to  sustain  loses  of  statutorily  protected  rights as  well  as  monetary  damages  and,  if  defendant's  conduct will proceed without remedy, it will continue to reap and retain the proceeds of its ill-gotten gains.

**FOURTEENTH:**    Defendant    has    acted    on    grounds generally  applicable  to  the  entire  Class,  thereby  making appropriate   final   injunctive   relief   or   corresponding declaratory relief with respect to the Class as a whole.

### *STATEMENT OF FACTS*

**FIFTEENTH:**        That  heretofore  and  on  or  about the  01st  day  of  June,  2007,  defendant  sent  a  communication to  plaintiff  stating  that  a  debt  is  owed  to  Verizon  New

York Inc., a copy of which is annexed hereto and made a part hereof and marked as plaintiff's Exhibit "1."

SIXTEENTH: That upon investigation by plaintiff of this purported debt, it was discovered that the alleged debt dates back to August, 1994.

SEVENTEENTH: That, upon information and belief, heretofore and on or about June 07, 2007, and on or about the 18th day of June, 2007, plaintiff sent writings to defendant requesting supporting documentation of the alleged debt. A copy of said letters are annexed hereto and made a part hereof and marked as plaintiff's Exhibit "2.".

EIGHTEENTH: The said communication from defendant is a false representation of the character, amount and legal status of the debt, and violates 15 U.S.C. § 1692e(2)(A). Defendant never intended to take any action relative to this debt as same was over 20 years old. Defendant's letter is a false, deceptive, or misleading representation or means in connection with the collection of any debt.

**NINETEENTH**:        Defendant's false, deceptive, or misleading representation or means in connection with the collection of any debt, violates 15 U.S.C. § 1692e(10).

**TWENTIETH**:        Defendant's letter, dated June 01, 2007, violates 15 U.S.C. § 1692e(2)(A) and 1692e(10).

**TWENTY-FIRST**:        That as a result of defendant's false, deceptive, or misleading representation and unfair debt collection practices, plaintiff has been damaged.

### AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANT:

**TWENTY-SECOND**:        That plaintiff repeats, reiterates and realleges each and every allegation as set forth in paragraphs marked "FIRST" through "TWENTY-FIRST" of the complaint as if same were more fully set forth herein at length.

**TWENTY-THIRD**:        Defendant's debt collection letter violated and overshadowed various provisions of FDCPA, including but not limited to 15 U.S.C.§ 1692e(2)(A) and 1692e(10).

**TWENTY-FOURTH:**        That as a result of defendant's false, deceptive, or misleading representation and unfair debt collection practices, plaintiff is entitled to statutory, compensatory and punitive damages against defendant, plus reasonable attorney's fees as permissible by law, together with the costs and disbursements of this action.

**WHEREFORE,** plaintiff respectfully requests that this Court enter judgment its favor against defendant on the first cause of action as follows:

1.        declaring this action is properly maintainable as a class action and certifying same as a class action and certifying plaintiff as the Class representative;

2.        issuing a preliminary and permanent injunction restraining defendant, its employees, agents and successors from, inter alia, engaging in conduct and practices that are in violation of the FDCPA;

3.        issuing a declaratory Order requiring defendant to make corrective disclosures;

9

4.          awarding plaintiff statutory damages;

5.          awarding Class members the maximum statutory damages;

6.          awarding plaintiff punitive damages;

7.          awarding plaintiff reasonable attorney's fees as permissible by law, plus the costs and disbursements of this action; and

8.          granting plaintiff such other, further and different relief as this Court may deem just and proper in the premises.


Dated:     New York, New York
           Wednesday, September 12, 2007.

                                        DAVID J. GOLD, P.C.
                                        (DG-4912)
                                        Attorney for Plaintiff
                                        Office & P.O. Address
                                        116 John Street, Suite 3110
                                        New York, New York 10038-3411
                                        Tel.: (212) 962-2910
                                        Fax:  (212) 962-2919
                                        EMail: djgpcesq1@aol.com

Afni Inc.
PO Box 3427
Bloomington, IL 61702-3427
(888)257-1585
www.afnicollections.com

JUN 0 7 2007

# COLLECTION NOTICE

This account has been acquired by our agency for collection. We believe it is in your best interest to resolve this account.

If you have any questions, please contact our office toll free at (888)257-1585 Monday through Friday 7am-9pm CST. For proper credit on your account, please write this number 022379561-02 on your payment.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion there of, this office will: obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt. Any information obtained will be used for the purpose. You have the right to inspect your credit. This letter is from a debt collector.

Please see reverse side of this notice for our Privacy Statement and credit card payment options.

To manage your account online, visit us at : **www.afnicollections.com**

New York City Department of Consumer Affairs License Number #1072175

**This account is for a remaining balance from the original creditor for services associated with the previous telephone number listed below.**

Please retain this information for your records

| Afni, Inc. Account # | Balance Due | Original Creditor | Disconnected Phone # | Date |
|---|---|---|---|---|
| 022379561-02 | $108.25 | Verizon New York Inc. | (516)365-1899 | 6/1/2007 |

Detach along perforation and return bottom portion along with payment in the enclosed envelope. Credit card payment options are on the back of notice.

 For proper credit, please include your Afni account # listed below on your check

AFNFI-0601F235661-QWSP-2 35661

..................................................................................................................................

Afni, Inc. Account #:    022379561-02
Original Creditor:       Verizon New York Inc.
Disconnected Phone #:    (516)365-1899
Balance Due:             $108.25
Date:                    6/1/2007
Toll Free:               (888)257-1585

Department 555
PO BOX 4115
CONCORD CA 94524



ADDRESS SERVICE REQUESTED

#BWNFTZF #AFN7316295707065#

David Gold
116 JOHN ST RM 3110
New York NY 10038-3411

1    02022379561    991510    10825

PO Box 3427
Bloomington, IL 61702-3427

LAW OFFICES OF

# DAVID J. GOLD, P.C.

116 JOHN STREET
SUITE 3110
NEW YORK, NEW YORK 10038-3411

6/18/07

_____

**TEL.: 212.962.2910**
**FAX: 212.962.2919**
**EMAIL: DJGPCESQ1@AOL.COM**

**DATE:**
**"SECOND REQUEST"**
**PLEASE RESPOND**

VIA FACSIMILE *ONLY*: 309.820.2682

Thursday, June 07, 2007

AFNI, INC.
P.O. Box 3427
Bloomington, Illinois  61702-3427

ATT: D.P. SUPPORT

RE:  DAVID J. GOLD
     Account No.: 022379561-02

Gentlemen:

In furtherance of my telephone conversation with *Jeff* of your office this afternoon, this shall serve to confirm that I have requested supporting documentation, in connection with the above-entitled matter.

Kindly fax same to my office as I understand that this purported debt dates back to services during the period 1989 through August, 1994.

Thank you.

                                    Very truly yours,

                                    DAVID J. GOLD

DJG/ls

6/26/07

**DATE:**
**THIRD AND**
**FINAL REQUEST**

**PLEASE RESPOND**

```
*******^**************
*** FAX TX REPORT ***
**********************


      TX IMAGE SET NOT TO DISPLAY

          TRANSMISSION OK


JOB NO.                0102
DESTINATION ADDRESS    13098202682
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME               06/18 07:49
USAGE T                00' 24
PGS.                   2
RESULT                 OK
```

```
*********************
*** FAX TX REPORT ***
*********************

TX IMAGE SET NOT TO DISPLAY

TRANSMISSION OK

JOB NO.                 0010
DESTINATION ADDRESS     13098202682
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME                06/07 15:53
USAGE T                 00'19
PGS.                    1
RESULT                  OK
```

```
          **********************
          *** FAX TX REPORT ***
          **********************

          TX IMAGE SET NOT TO DISPLAY

               TRANSMISSION OK

     JOB NO.                 0313
     DESTINATION ADDRESS     13098202682
     PSWD/SUBADDRESS
     DESTINATION ID
     ST. TIME                06/26 07:23
     USAGE T                 00'33
     PGS.                    3
     RESULT                  OK
```

LAW OFFICES OF
# DAVID J. GOLD, P.C.
116 JOHN STREET
SUITE 3110
NEW YORK, NEW YORK  10038-3411

---

TEL.: 212.962.2910
FAX: 212.962.2919
EMAIL: DJGPCESQ1@AOL.COM

**DATE:** 7/18/07

VIA FACSIMILE ONLY: 309.820.2682

**"SECOND REQUEST"**

**PLEASE RESPOND**

Monday, July 09, 2007

AFNI, INC.
P.O. Box 3427
Bloomington, Illinois  61702-3427

ATT: D.P. SUPPORT


RE:  DAVID J. GOLD
     Account No.: 022379561-02

Gentlemen:


As you know, I have been requesting backup information and supporting documentation concerning a purported debt dating back to 1989, in connection with the above-entitled matter.

To date, my office has not received the information requested on numerous occasions.

I will afford your office five (5) from the date hereof to respond in writing, in the absence of which my office has been instructed to proceed accordingly.

Very truly yours,

DAVID J. GOLD

DJG/ls

**DATE:** 7/26/07

**THIRD AND FINAL REQUEST**

**PLEASE RESPOND**

```
***********************
*** FAX TX REPORT ***
***********************


        TX IMAGE SET NOT TO DISPLAY


              TRANSMISSION OK


    JOB NO.                0891
    DESTINATION ADDRESS    13098202682
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME               07/26 07:52
    USAGE T                00'35
    PGS.                   3
    RESULT                 OK
```

```
*********************
*** FAX TX REPORT ***
*********************

    TX IMAGE SET NOT TO DISPLAY

         TRANSMISSION OK

JOB NO.                0727
DESTINATION ADDRESS    13098202682
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME               07/18 07:29
USAGE T                00'26
PGS.                   2
RESULT                 OK
```

```
**********************
*** FAX TX REPORT ***
**********************


        TX IMAGE SET NOT TO DISPLAY


              TRANSMISSION OK


    JOB NO.                    0527
    DESTINATION ADDRESS        13098202682
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME                   07/09 07:58
    USAGE T                    00'20
    PGS.                       1
    RESULT                     OK
```

## INDIVIDUAL VERIFICATION

STATE OF NEW YORK          )

COUNTY OF NEW YORK         )      ss.:

    I, DAVID GOLD, being duly sworn, depose and say:  I am the plaintiff in the within action; I have read the foregoing COMPLAINT and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

                                        DAVID GOLD

Sworn to before me this
Wednesday, September 12, 2007.

NOTARY PUBLIC
LOUISE E. SAUER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SA6094840
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 06/30/2011

11

DAVID J. GOLD, P.C.

CASE NO.:
CALENDAR NO.:
DJGPC FILE NO.:        1104124

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================================

DAVID GOLD, on behalf of himself and all others similarly
situated,

                                            PLAINTIFF,

                    -AGAINST-

AFNI, INC.,

                                            DEFENDANT.

================================================================

### SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT

================================================================

Pursuant TO 22 NYCRR 130-1.1, the undersigned, an attorney admitted to

practice in the courts of New York State certifies that, upon information

and belief and reasonable inquiry, the contentions contained in the annexed

document are not frivolous.

DAVID J. GOLD, P.C. (DG-4912)
ATTORNEY FOR PLAINTIFF
OFFICE & P.O. ADDRESS, TELEPHONE
116 JOHN STREET, SUITE 3110
NEW YORK, NEW YORK 10038-3411
TEL.: (212) 962-2910
FAX:  (212) 962-2919
E-MAIL: DJGPCESQ1@AOL.COM