UNITED STATES DISTRICT COURT

COUNTY OF

INDEX NO: 07CIV8121
FILED ON:
DISTRICT: Southern/NY

---

*David Gold, on behalf of himself and all others similarly situated*

vs

Plaintiff(s)

*AFNI, Inc.*

OCT 0 1 2007

Defendant(s)

---

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE
## BY THE SECRETARY OF STATE

_____ Stephen L. Collen _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ September 26, 2007 _____ , at ___ 3:00pm ___ , at the office

of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

Summons In A Civil Action, Verfied Complaint

_____ , on

AFNI, Inc.

_____ ,

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ , Authorized Agent, in the Office of

the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New

York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State

the statutory fee, if required. Service was made pursuant to Section _ 306 Business Corporation Law _ .

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by    ☐ Registered or

☐ 1st Class Mail and Certified Mail, # _____ , Return Receipt Requested on _____

to said defendant at: _____ .

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the

Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _ 44 years _    Approx. weight: _ 130 lbs _    Approx. Ht.: _ 5'5" _

Sex: _ female _   Color of skin: _ white _   Color of hair: _ brown _   Other: _____

Sworn to before me on ___ September 27, 2007 ___

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

Stephen L. Collen

Invoice•Work Order # 0708022