```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X    07-CV-8121

DAVID GOLD, on behalf of himself
and all others similarly situated,

                Plaintiff,

     -against-                          RULE 7.1
                                        DISCLOSURE
AFNI, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - X
```

Defendant, AFNI, INC., by its attorney, Arthur Sanders, alleges that the defendant has no publicly traded parent companies.

Dated:  Spring Valley, New York
        October 18, 2007

```
                         _/S/_____
                         ARTHUR SANDERS, ESQ. (AS-1210)
                         Attorney for defendant
                         2 Perlman Drive – Suite 301
                         Spring Valley NY 10977-5230
                         845-352-7272
```

TO: DAVID J. GOLD, P.C. (DJG-4912)
    Plaintiff *pro se*
    116 John Street – Suite 3110
    New York NY 10038-3411